**Kenneth R. Davis, II**, OSB No. 97113
davisk@lanepowell.com
**LANE POWELL PC**
601 S.W. 2nd Avenue, Suite 2100
Portland, Oregon 97204-3158
Telephone: (503) 778-2100
Facsimile: (503) 778-2200

Attorneys for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **ADIDAS AMERICA, INC., and ADIDAS-SALOMON AG,** | No. CV-04-01866-RE |
| Plaintiffs, | NOTICE OF WITHDRAWAL OF COUNSEL |
| v. | By Defendant Abercrombie & Fitch Co. |
| **ABERCROMBIE & FITCH CO.,** | |
| Defendant. | |

Please take notice that Frank J. Colucci and David M. Dahan of Colucci & Umans hereby withdraw as of counsel for defendant Abercrombie & Fitch Co. They should be removed from the court's database and electronic notices for this case. Kenneth R. Davis, II, of Lane Powell PC remains counsel for defendant.

DATED: July 28, 2005

COLUCCI & UMANS

By /s/ Frank J. Colucci
Frank J. Colucci
David M. Dahan
218 E. 50th Street
New York, NY 10022
Telephone: (212) 935-5700
Facsimile: (212) 953-5728

PAGE 1 - NOTICE OF WITHDRAWAL OF COUNSEL